JONES.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LAUREN SLATER,

               Plaintiff,       :   07 Civ. 4799 (BSJ) (MHD)

    - against -

                                                **STIPULATION**
BRADLEY BAILYN, PENN GROUP, LLC       **AND ORDER**
and "John Doe" an individual,

              Defendants.
------------------------------------------------------X

       WHEREAS pursuant to 28 U.S.C. § 1441(b) the above-captioned removed action was not properly removed,

       IT IS HEREBY STIPULATED AND AGREED by the parties hereto that the above-captioned removed action be, and hereby is, remanded to the Supreme Court of the State of New York, County of New York without costs to any party.

Dated: New York, New York
       July 2, 2007

MARK J. LAWLESS, ESQ.              LAW OFFICE OF JOSEPH P. GARLAND

By: _____           By: _____
    Mark J. Lawless (ML 6570)                 Joseph P. Garland (JG 0888)
500 Fifth Avenue, Suite 1650              275 Madison Avenue, Suite 420
New York, New York 10110                New York, New York  10016
(212) 810-2430, ext. 301                   (212) 880-3718
Mlawl34463@aol.com                      jpg65@columbia.edu

                                              Attorney for Defendants

KOERNER & ASSOCIATES, LLC

By: _____
    Gregory Koerner
10 East 40th Street   25th Floor
New York, New York 10016
(212) 461-4377
Gkoerner@koerner-associates.com

Attorneys for Plaintiff

SO ORDERED:

_____
Barbara S. Jones, U.S.D.J.

C:\Cases\Penn Group v Slater\Slater v Penn Group\Filings\Stipulation of Remand July 2.wpd

7/12/07